

# NUMBER 13-25-00049-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOSHUA ZACHARY KATOCS,                                            Appellant,

v.

NYDIA REGINA PATTERSON,                                            Appellee.

## ON APPEAL FROM THE 117TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Justice West

On February 3, 2025, appellant filed a notice of appeal attempting to appeal a protective order entered in trial court cause number 2025-FAM-0100-B. On February 5, 2025, the Clerk of the Court notified appellant that the notice of appeal was defective and failed to comply with Texas Rules of Appellate Procedure 9.5(e) and 25.1(d)(4). *See* TEX. R. APP. P. 9.5(e), 25.1(d)(4). Appellant was instructed to correct the defects within thirty

days from the date of the notice. Appellant was further instructed to remit the $205.00 filing fee within ten days from the date of the notice.

On March 5, 2025, the Clerk of the Court notified appellant of the delinquent filing fee; appellant was further notified that if the filing fee was not paid within ten days from the date of the notice, the appeal would be dismissed. *See id.* R. 42.3(b), (c). On March 28, 2025, the Clerk of the Court again notified appellant that the notice of appeal was defective and failed to comply with Texas Rules of Appellate Procedure Texas Rules of Appellate Procedure 9.5(e) and 25.1(d)(4). *See id.* R. 9.5(e), 25.1(d)(4). Appellant was further notified that if he failed to cure the defects within ten days from the date of the letter, the appeal would be dismissed. *See id.* R. 42.3 (b), (c).

Appellant has not cured the defective notice of appeal, paid the filing fee, nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

JON WEST
Justice

Delivered and filed on the
8th day of May, 2025.

2